**Order entered March 7, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00572-CV

**ANDRES CHEVEZ, Appellant**

**V.**

**JERRY L. BRINKERHOFF, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-015850-E**

## ORDER

We **GRANT** appellant's March 5, 2014 second motion for an extension of time to file a reply brief to appellee John Anderson's brief. Appellant shall file his reply brief on or before March 24, 2014.

We **GRANT** appellant's March 5, 2014 second motion for an extension of time to file a reply brief to appellee Jerry Brinkerhoff's brief. Appellant shall file his reply brief on or before March 25, 2014.

/s/      ADA BROWN
         JUSTICE